# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIDLEY SCHOOL DISTRICT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 09-2503** |
| | : | |
| **M.R. and J.R., Parents of** | : | |
| **the minor child, E.R.** | : | |

## ORDER

**AND NOW**, this 14th day of February, 2011, upon consideration of the "Motion of the Ridley School District for Judgement on Administrative Record" (doc. no. 17) and the "Answer of M.R. and J.R., Parents of Minor Child E.R., to Motion for Judgement on Administrative Record and Counter-Motion for Judgement on the Administrative Record" (doc. no. 18) and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

- Ridley School District's Motion for Judgement is **GRANTED.** The decision of the Hearing Officer, that the District violated the IDEA and Section 504 of the Rehabilitation Act during the 2007-2008 school year and that the District violated the IDEA for the 2008-2009 school year, is **REVERSED**. The remaining findings of the Hearing Officer are otherwise **AFFIRMED**.

- M.R. and J.R.'s Motion for Judgement is **DENIED**.

**WHEREFORE**, judgment is entered in favor of Ridley School District and against M.R. and J.R.. The Clerk of Court is directed to mark this matter closed.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____